**Opinion filed September 19, 2019**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-18-00332-CV

_____

**CLAUDIA LEYVA D/B/A SUNBELT COMMERCIAL CLEANING, Appellant**

**V.**

**DILLARD'S, INC., Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. CC19195**

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due to be filed in this court on or before April 29, 2019. After granting two motions for extension and extending the due date for Appellant's brief to July 29, 2019, this court notified Appellant on August 8, 2019, that her brief was past due. On our own motion, we extended the deadline to August 28, 2019, and informed Appellant that the failure to timely mail or file her brief by August 28 "may result in dismissal of the appeal." *See* TEX. R.

APP. P. 38.8(a)(1); 42.3(b). As of this date, Appellant has not filed a brief, nor has she requested another extension of time in which to file her brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

September 19, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1] Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.